```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BNP PARIBAS,                             :
                Interpleader-Plaintiff,  :
                                         :
             -v-                         :    09 Civ. 5351 (DLC)
                                         :
WAYZATA OPPORTUNITIES FUND II, LP et al.,:    ORDER
                Interpleader-Defendants. :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/09

DENISE COTE, District Judge:

Pursuant to a conference held today, it is hereby

ORDERED that the Black Diamond Interpleader-Defendants shall file their Motion to Validate Amendment and Distribute Funds to Priority Holders by September 18, 2009. Any opposition shall be filed by October 9. Any reply shall be filed by October 16.

IT IS FURTHER ORDERED that, at the time any reply is filed, the moving parties shall provide two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:    New York, New York
          August 14, 2009

                                    _____
                                              DENISE COTE
                                    United States District Judge