```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
BNP PARIBAS,                              :
            Interpleader-Plaintiff,       :
                                          :       09 Civ. 5351 (DLC)
            -v-                           :
                                          :           ORDER
WAYZATA OPPORTUNITIES FUND II, L.P.       :
et al.,                                   :
            Interpleader-Defendants.      :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-23-09

DENISE COTE, District Judge:

For the reasons stated in the December 23, 2009 Opinion, it is hereby:

ORDERED that the Clerk of Court shall pay the disputed proceeds of $648,782.13, plus any applicable interest, currently on deposit with the Court Registry Investment System to BNP Paribas to distribute to the Certain Participating Lenders (the Black Diamond, Eaton Vance, and Denali Entities and General Electric Capital Corporation).

SO ORDERED:

Dated:   New York, New York
         December 23, 2009

                                    _____
                                              DENISE COTE
                                    United States District Judge